UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:17-cr-60202-UU

UNITED STATES OF AMERICA,

v.

JASON EMILE,

    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Magistrate Judge John J. O'Sullivan's Report and Recommendation (the "Report") (D.E. 72).

THE COURT is fully advised in the premises.

This matter was referred to Magistrate Judge O'Sullivan, who, on March 28, 2018, issued his Report finding that the Defendant knowingly and voluntarily waived his right to a competency hearing and agreed to the competency findings of Dr. Rodolfo Buigas. Both parties were given fourteen days to object to the Report. None of the parties filed objections. *See LoConte v. Dugger*, 847 F.2d 145 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988) (holding that failure to file timely objections bars the parties from attacking factual findings on appeal).

Upon *de novo* review, the Court agrees with Magistrate Judge O'Sullivan's recommendation and concurs in all of his findings.

Accordingly, it is hereby

ORDERED AND ADJUDGED that the Report, D.E. 72, is RATIFIED, ADOPTED, and AFFIRMED.

1

DONE AND ORDERED in Chambers in Miami, Florida, this _12th___ day of April, 2018.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf